# Court of Appeals
# of the State of Georgia

ATLANTA,___March 21, 2014___

*The Court of Appeals hereby passes the following order:*

## A14A0167.   MITCHELL v. MITCHELL

This appeal was docketed on September 18, 2013. Appellant's brief and enumeration of errors were required to be filed no later than October 8, 2013.  See Court of Appeals Rule 23 (a) (an appellant's brief and enumeration of error shall be filed within 20 days after the appeal is docketed unless extended by this Court).  As of March 17, 2014, Appellant still had not submitted a brief and enumeration of errors, nor had Appellant requested an extension.  Accordingly, this appeal is hereby DISMISSED for Appellant's failure to file a brief and enumeration of errors in support of her appeal.



*Court of Appeals of the State of Georgia*
         *Clerk's Office, Atlanta,*_03/21/2014_____
         *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
         *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*